**Bigler Jobe STOUFFER, II, Petitioner–Appellant,**

v.

**John WHETSEL, Sheriff; Wes Lane, District Attorney Oklahoma County; Jerry Bass, Honorable State District Judge Oklahoma County, Respondents–Appellees.**

No. 10–6018.

United States Court of Appeals, Tenth Circuit.

Aug. 24, 2010.

Bigler Jobe Stouffer, II, McAlester, OK, pro se.

John M. Jacobsen, District Attorney Office, Oklahoma City, OK, for Respondents–Appellees.

Before KELLY, McKAY, and LUCERO, Circuit Judges.

## ORDER DENYING CERTIFICATE OF APPEALABILITY*

MONROE G. McKAY, Circuit Judge.

On September 4, 2009, in Case No. 03–6093, we found that fees deducted from Appellant's prison account were improperly applied to his appeal in that case. We remanded for the district court to "review its case records to determine whether the payments attributable to the instant appeal should have been applied in another case or appeal." (Order at 2.) The district court followed our direction. It determined that Appellant's partial payments should be applied to other cases in which

* This order is not binding precedent except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

Appellant owes fees, Case Nos. 94-cv-1395, 04-cv-14, and 09-cv-320.

Appellant seeks a certificate of appealability to challenge that order. However, it cannot reasonably be debated that the trial court's order is correct. *See Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). We therefore **DENY** a certificate of appealability and **DISMISS** this appeal. We do, however, **GRANT** Appellant's motion to proceed *in forma pauperis.*